# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

| | | |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. 1:19-CV-82-MR-WCM |
| v. Delta Walsh | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |
| Forrest Gilliam | | |

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)* Forrest Gilliam County Manager for
Madison County
107 Elizabeth Lane
Marshall, nc 28753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Delta Walsh
PO Box 208
Mars Hill, NC. 28754.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
      _____ , a person of suitable age and discretion who
      resides there, on *(date)* _____ , and mailed a copy to the individual's last
      known address; or

❑    I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

                   _____
                              Server's signature

                   _____
                              Printed name and title

                   _____
                              Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Plaintiff

v. Delta Walsh )
)
) Civil Action No.
) 1:19-CV-82-MR-WCM
)
)
)
)

Defendant

James "Buddy" Harwood Sheriff of Madison County
348 Medical Park SUMMONS IN A CIVIL ACTION
Marshall Dr.

TO: (Defendant's name and address)

James "Buddy" Harwood Sheriff of Madison County
348 Medical Park Drive
Marshall, NC 28753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Delta Walsh
PO Box 208
Mars Hill, NC 28754

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑   I returned the summons unexecuted because _____ ; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Delta Walsh
*Plaintiff*

v.

)
)
)
)
)
)
)

Civil Action No. 1:19-CV-82-MR-WCM

*Defendant*

Bobby Gosnell

**SUMMONS IN A CIVIL ACTION**

TO: *(Defendant's name and address)* Bobby Gosnell
92 Hassel Rice Rd.
Mars Hill, NC 28754

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Delta Walsh
PO Box 208
Mars Hill, NC 28754

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Delta Walsh
*Plaintiff*

v.

Bobby Gosnell Transport
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 1:19-CV-82-MR- WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)* Bobby Gosnell Transport
92 Hassel Rice Rd.
Mars Hill, NC 28754

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Delta Walsh
PO Box 208
Mars Hill, NC 28754

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____ , a person of suitable age and discretion who
     resides there, on *(date)* _____ , and mailed a copy to the individual's last
     known address; or

❑    I served the summons on *(name of individual)* _____ ,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

                                      _____
                                             Server's signature

                                      _____
                                             Printed name and title

                                      _____
                                             Server's address

Additional information regarding attempted service, etc: