IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 82 MR WCM

| | | |
|---|---|---|
| DELTA WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FORREST GILLIAM**, County Manager for Madison County, in his individual and official capacities, **JOHN DOE SURETY INSURANCE COMPANY**, believed to be "Western Surety Company," **JAMES HARWOOD**, "Buddy" in his individual capacity, and his official capacity as Sheriff of Madison County, **BOBBY GOSNELL**, in his individual capacity, and his professional capacity as a deputy officer employed by the Madison County Sheriff's Department, **BOBBY GOSNELL TRANSPORT**, **JOHN DOE**, Deputy Sheriff (appeared as letter "J" on his name I.D.) in his individual capacity, and his professional capacity as a law enforcement deputy officer employed by the Madison County Sheriff's Department, **MADISON COUNTY SHERIFF'S DEPARTMENT, MADISON COUNTY DEPARTMENT OF SOCIAL SERVICES**, **CONNIE M. HARRIS,** in her individual capacity, and her professional capacity as Director of the Madison County Department of Social Services, **MANDIE SLUDER,** or Mandy Sluder, in her individual capacity, and her official capacities, as social worker/ supervisor/employee of Madison County Department of Social Services, **DEWAIN MACKEY**, in his individual capacity, and in | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |

| | )|
|---|---|
|his professional capacity doing business as Mackey Farms, **JOHN AND MARY DOES**, as yet unknown, and others unnamed, | )<br>)<br>)<br>)|
| **Defendants.** | )<br>) |

Before the Court is a handwritten request from Plaintiff pertaining to certain subpoenas (the "Motion," Doc. 47). In the Motion, Plaintiff asks that the Court allow subpoenas to be served on Mark Pulliam, James Harwood, and Bobby Gosnell.

Plaintiff's request, which pertains to discovery issues, is premature. As a Pretrial Order and Case Management Plan has not yet been entered in this matter, court-enforced discovery has not opened. Further, Plaintiff has opted into this district's Pro Se Settlement Assistance Program. Settlement counsel has not yet been appointed for Plaintiff and the required mediation has not occurred.

Accordingly, Plaintiff's Motion to Allow Service of Subpoenas is **DENIED WITHOUT PREJUDICE**.

Signed: March 26, 2020

W. Carleton Metcalf
United States Magistrate Judge