IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 82 MR WCM

| | |
|---|---|
| DELTA WALSH,                                         )<br>                                                      )<br>                 Plaintiff,           )<br>                                                      )<br>   v.                                                 )<br>                                                      )<br>**FORREST GILLIAM**, County Manager for              )<br>Madison County, in his individual and official        )<br>capacities, **JOHN DOE SURETY**                       )<br>**INSURANCE COMPANY**, believed to be                 )<br>"Western Surety Company," **JAMES**                   )<br>**HARWOOD**, "Buddy" in his individual                )<br>capacity, and his official capacity as Sheriff        )<br>of Madison County, **BOBBY GOSNELL**,                 )<br>in his individual capacity, and his professional     )<br>capacity as a deputy officer employed by the         )<br>Madison County Sheriff's Department,                  )<br>**BOBBY GOSNELL TRANSPORT**,                          )<br>**JOHN DOE**, Deputy Sheriff (appeared as             )<br>letter "J" on his name I.D.) in his individual        )<br>capacity, and his professional capacity as a         )<br>law enforcement deputy officer employed by           )<br>the Madison County Sheriff's Department,             )<br>**MADISON COUNTY SHERIFF'S**                          )<br>**DEPARTMENT, MADISON COUNTY**                        )<br>**DEPARTMENT OF SOCIAL SERVICES,**                    )<br>**CONNIE M. HARRIS**, in her individual               )<br>capacity, and her professional capacity as           )<br>Director of the Madison County Department            )<br>of Social Services, **MANDIE SLUDER,** or             )<br>Mandy Sluder, in her individual capacity, and        )<br>her official capacities, as social worker/           )<br>supervisor/employee of Madison County                )<br>Department of Social Services, **DEWAIN**             )<br>**MACKEY**, in his individual capacity, and in       ) | ORDER |

| | )|
|---|---|
| his professional capacity doing business as | ) |
| Mackey Farms, **JOHN AND MARY DOES,** | ) |
| as yet unknown, and others unnamed, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

This matter is before the Court on "Plaintiff Delta Walsh's Motion for Leave to Amend Plaintiff's Original Amended Complaint to Substitute the Fictitious Name of Defendant John Doe with the True Name of the Defendant: to wit, Joshua Burchfield; and Request for Temporary Stay" ("Motion to Amend") (Doc. 53).

In the Motion to Amend, Plaintiff requests leave to amend her Amended Complaint (Doc. 11) to identify fictitious Defendant Deputy Sheriff John Doe as Joshua Burchfield, and requests that "the Court enter an Order granting a temporary Stay of the proceedings related to this matter, if (sic) it necessary, until the foregoing Motion is ruled upon, and service of the Summons and Amended Complaint may be properly effectuated (prior to the approaching June 05, 2020 deadline) upon the Defendant, Joshua Burchfield and/or Attorney for the Defendant."

On February 25, 2020, Plaintiff was ordered to identify and serve Deputy Doe within 60 days and was advised that "failure to identify and serve Deputy

Doe within the time specified will result in the dismissal of the Plaintiff's claims against this Defendant without prejudice." (Doc. 44) at 35.

On May 5, 2020, Plaintiff's deadline was extended through and including June 5, 2020. (Doc. 50). The Court also ordered Defendant Gosnell to provide Plaintiff with the identity and current contact information for Deputy Doe, or file a response, not to exceed five (5) pages, as to why Defendant Gosnell objected to making such a disclosure. Id. at 4.

The Motion to Amend indicates that defense counsel has identified Deputy Doe as being Joshua Burchfield and that defense counsel offered to accept service on his behalf. (Doc. 53) at 1.

No objection to the Motion to Amend has been filed and the time for doing so has expired.

**IT IS THEREFORE ORDERED THAT**:

1. Plaintiff's Motion to Amend (Doc. 53) is **GRANTED IN PART**. Plaintiff is **DIRECTED** to file, on or before **July 10, 2020**, a second amended complaint substituting Joshua Burchfield for Deputy Doe. Plaintiff is also **DIRECTED** to file, on or before **July 10, 2020**, proof of service on Defendant Burchfield.

2. To the extent Plaintiff requests a temporary stay of this matter, the Motion to Amend is **DENIED**.

Signed: June 25, 2020

W. Carleton Metcalf
United States Magistrate Judge