UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:19-cv-00082-MR-WCM

| | |
|---|---|
| DELTA WALSH, <br><br> Plaintiff, <br><br> v. <br><br> FORREST GILLIAM, *et al.* <br><br> Defendants. | **DEFENDANT JOSHUA BURCHFIELD'S PRE-ANSWER MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6)** |

NOW COMES Defendant Joshua Burchfield, by and through the undersigned counsel, and hereby moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order dismissing with prejudice Plaintiff's Second Amended Complaint. In support, Defendant relies upon his Memorandum of Law filed contemporaneously with this Motion. As discussed more fully in the Memorandum of Law, the grounds for seeking this order include the following:

1. Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant moves to dismiss all of Plaintiff's state law tort claims under the N.C. State Tort

Claims Act, as this Court lacks subject matter jurisdiction over such claims;

2. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant moves to dismiss Plaintiff's Fourth Amendment claim for failure to state a claim upon which relief can be granted;

3. Alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant moves to dismiss all of Plaintiff's state law tort claims for failure to state a claim upon which relief can be granted;

Respectfully submitted, this the 12th day of August 2020.

                    CRANFILL SUMNER & HARTZOG, LLP

            BY:   /s/Stephanie H. Webster
                    PATRICK H. FLANAGAN, State Bar #17407
                    STEPHANIE H. WEBSTER, State Bar # 12164
                    *Attorneys for Defendants Gilliam, Harwood, Gosnell, Bobby Gosnell Transport, County of Madison, Madison County Sheriff's Department, Madison County DSS, Harris and Sluder*
                    Post Office Box 30787
                    Charlotte, North Carolina 28230
                    Telephone: (704) 332-8300
                    Facsimile: (704) 332-9994
                    phf@cshlaw.com
                    swebster@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing ***Defendant Joshua Burchfield's Pre-Answer Motion to Dismiss Plaintiff's Second Amended Complaint*** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel:

>Jamie A. Stokes
>jamie.a.stokes@gmail.com
>*Attorney for Defendant Dewain Mackey*

and will deposit the foregoing document in the United States Mail, postage prepaid, addressed to the following:

>Delta Walsh
>P.O. Box 208
>Mars Hill, NC 28754
>*Pro se Plaintiff*

This the 12th day of August 2020.

>CRANFILL SUMNER & HARTZOG, LLP
>
>BY:   /s/Stephanie H. Webster
>       PATRICK H. FLANAGAN, State Bar #17407
>       STEPHANIE H. WEBSTER, State Bar # 12164
>       *Attorneys for Defendants Gilliam, Harwood, Gosnell, Bobby Gosnell Transport, County of Madison, Madison County Sheriff's Department, Madison County DSS, Harris and Sluder*
>       Post Office Box 30787
>       Charlotte, North Carolina 28230
>       Telephone: (704) 332-8300
>       Facsimile: (704) 332-9994
>       phf@cshlaw.com
>       swebster@cshlaw.com

3