<pre>FILED
ASHEVILLE
Mar 29 2021
U.S. District Court
Western District of N.C.</pre>

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 1:19-CV-00082-MR-WCM

Delta Walsh

Plaintiff(s),

v.

Forrest Gilliam et al

Defendant(s).

**MEDIATOR'S REPORT OF SETTLEMENT CONFERENCE PURSUANT TO PRO SE SETTLEMENT ASSISTANCE PROGRAM**

On March 15, 2021, the parties, their counsel, and the undersigned held a mediated settlement conference pursuant to this Court's Order dated Dec. 7, 2020 and the Pro Se Settlement Assistance Program. The results of the mediated settlement conference were as follows:

☒ An agreement was reached on all issues. The Court file will be closed by the filing of a notice/stipulation of dismissal within thirty (30) days. Counsel for Plaintiff(s)/Defendant(s) shall be responsible for filing said dismissal. The representation of Plaintiff(s)/Defendant(s) by Program Counsel shall terminate upon the filing of such dismissal or thirty (30) days from the date of the settlement conference, whichever first occurs.

☐ The parties reached agreement on the following issues:
_____
_____
_____
_____
_____

The representation of Plaintiff(s)/Defendant(s) by Program Counsel is hereby terminated pursuant to the Court's Order.

☐ The parties were unable to reach agreement on any issues and an impasse was declared. The representation of Plaintiff(s)/Defendant(s) by Program Counsel is hereby terminated pursuant to the Court's Order.

<pre>Case 1:19-cv-00082-MR-WCM   Document 71   Filed 03/18/21   Page 1 of 3</pre>

All mediator fees have been paid or waived.

Reported this 15th day of March, 2021.

List of Attendees:

Glen Shutts

Delta Walsh

Stephanie Webster

Bobby Gosnell

Joshua Burchfield

Katherine Lengiewicz

Pat Foxx

Mediator:

_/s/ Sharon Tracey Barrett_
SHARON TRACEY BARRETT

# CERTIFICATE OF SERVICE

I certify that on this 15th day of March, 20 21, this report was served by ~~U.S. Mail~~ and/or the ECF electronic notification system for registered users to the attorney(s) of record as listed below:

email

_____
[Mediator Name and Address]
PO Box 7054
Asheville NC 28801

3