**BARRETT RESOLUTIONS**
P.O. Box 7054
Asheville, NC 28801

GREENVILLE SC 296

16 MAR 2021 PM 4 L



RECEIVED
ASHEVILLE, NC

MAR 18 2021

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Tammy Hightower
office of the Clerk of Court
US Courthouse
100 Otis St, Room 309
Asheville NC 28801

RECEIVED
ASHEVILLE, NC

MAR 18 2021

U.S. DISTRICT COURT
W. DISTRICT OF N.C