IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

Civil Action No. 1:19-cv-00082-MR-WCM

| | |
|---|---|
| DELTA WALSH, | ) |
| Plaintiff, | ) STIPULATION OF DISMISSAL, ) WITH PREJUDICE |
| v. | ) |
| FORREST GILLIAM, et al., | ) |
| Defendants. | ) |

The legal claims and issues in the case having been resolved or dismissed, the parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., to the dismissal of the above-referenced action, with prejudice. Each party shall bear its own fees and costs in this case.

Dated: April 13, 2021

LAW OFFICES OF GLEN C. SHULTS

By: */s/Glen C. Shults*
    Glen C. Shults

Pro Se Settlement Assistance Attorney
For Plaintiff Delta Walsh

959 Merrimon Avenue, Suite 204
P.O. Box 18687
Asheville, North Carolina 28814
Telephone: (828) 251-9676
Facsimile: (828) 251-0648
E-Mail: shultslaw@bellsouth.net
N.C. State Bar No. 25641

1

Dated: April 14, 2021                    CRANFILL SUMNER, LLP

By: /s/ *Stephanie H. Webster*
      Stephanie H. Webster

Attorneys for Defendants Forrest Gilliam; James "Buddy" Harwood; Bobby Gosnell; Bobby Gosnell Transport; Joshua Burchfield; County of Madison; Madison County Sheriff's Department; Madison County Department of Social Services; Connie M. Harris; and Mandie Sluder

2907 Providence Road, Suite 200 (28211)
P.O. Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 940-3408
Facsimile: (704) 332-9994
E-Mail: phf@cshlaw.com (P. Flanagan)
         swebster@cshlaw.com (S. Webster)
N.C. State Bar No. 17407 (P. Flanagan)
N.C. State Bar No. 12164 (S. Webster)

Dated: April 14, 2021                    LAW OFFICES OF JAMIE A. STOKES, PLLC

By: /s/ *Jamie A. Stokes*
      Jamie A. Stokes

Attorney for Defendant
Dewain Mackey

One Oak Plaza, Suite 207
Asheville, North Carolina 28801
Telephone: (828) 253-3661
Facsimile: (828) 258-8754
E-Mail: jamie.a.stokes@gmail.com
N.C. State Bar No. 33795